UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF PENNSYLVANIA

---

JEFFREY P. SEMON, LINDA LEEVER,
and WILLIAM JACOT,

        Plaintiffs,

        v.

MAPS INDEED, INC., et al.,

        Defendants.

---

Civil Action No.3:14-CV-01593

(Judge Kosik)

## ORDER

AND NOW, this 8th day of February, 2017, it is hereby **ORDERED** that Plaintiffs'

Motion for Reconsideration (Doc. 116), is **DENIED**.

          s/Edwin M. Kosik
          Edwin M. Kosik
          United States District Judge