# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY P. SEMON,** | **:** | |
| **LINDA LEEVER, and** | | |
| **WILLIAM JACOT,** | **:** | |
| **Plaintiffs,** | **:** | **CIVIL ACTION NO. 3:14-1593** |
| **v.** | **:** | **(JUDGE MANNION)** |
| **MAPS INDEED, INC.,** *et al.*, | **:** | |
| | **:** | |
| **Defendants.** | | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

InSequence's motion to dismiss VD's cross-claims against it for failure to state a claim, **(Doc. 102)**, is **GRANTED**, and VD's cross-claims for indemnification, **(Doc. 93 at 4-11)**, are **DISMISSED WITH PREJUDICE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 19, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1593-01-ORDER.wpd