# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY P. SEMON,** **LINDA LEEVER,** and **WILLIAM JACOT,** | : : | |
| Plaintiffs, | : | CIVIL ACTION NO. 3:14-1593 |
| v. | : | (JUDGE MANNION) |
| **MAPS INDEED, INC.,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

The plaintiffs' motion for entry of default judgment and motion to liquidate damages, **(Doc. 160)**, against defendant Maps Indeed, Inc., is **DENIED WITHOUT PREJUDICE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: June 6, 2019**
14-1593-02-ORDER.wpd